(2022-121)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER AARON THORNTON | § | |
| | § | CIVIL ACTION NO. 5:23-cv-00074 |
| | § | |
| VS. | § | |
| | § | |
| LONNIE ROBERT MCCONNELL AND | § | JURY DEMANDED |
| DAVE KUKER TRUCKING LLC | § | |

**DEFENDANTS' BRIEF IN SUPPORT OF DAVE KUKER TRUCKING, LLC'S IOWA CITIZENSHIP**

Defendants, LONNIE ROBERT MCCONNELL & DAVE KUKER TRUCKING, LLC, hereby file the following Brief in Support of Dave Kuker Trucking, LLC's Iowa Citizenship. The purpose of this Brief is to show the Court that Dave Kuker Trucking, LLC truly is a citizen of the State of Iowa, thereby making Defendants' removal proper under federal law. Defendants respectfully show the Court as follows:

**I.
DEFENDANTS' BRIEF IN SUPPORT OF DAVE KUKER TRUCKING, LLC'S IOWA CITIZENSHIP**

1. In Doc. No. 2, this honorable Court raised questions regarding the citizenship of Defendant Dave Kuker Trucking, LLC. *See generally id.* Although Defendants properly stated the citizenship of Dave Kuker Trucking, LLC, they inadvertently failed to spell-out that the constituent member(s) of that LLC is/are citizens of Iowa. Consequently, Defendants file this Brief to prove and to clarify that Dave Kuker Trucking, LLC is indeed a citizen of Iowa.

*A. Determining the Citizenship of LLCs Under Federal Law*

2.       In the year 2008, the Fifth Circuit adopted the rule that the citizenship of a LLC is determined by the citizenship of all of its members, not by the state where the entity was organized. *See generally Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1079-1080 (5th Cir. 2008). The specific language of the Fifth Circuit appears below:

> Neither the Supreme Court nor this circuit have previously addressed the question of how to determine the citizenship of a LLC for purposes of diversity jurisdiction. All federal appellate courts that have addressed the issue have reached the same conclusion: like limited partnerships and other unincorporated associations or entities, the citizenship of a LLC is determined by the citizenship of all of its members. *See Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51 (1st Cir. 2006); *Handelsman v. Bedford Village Assocs. Ltd. P'ship*, 213 F.3d 48 (2nd Cir. 2000); *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114 (4th Cir. 2004); *Homfeld II, L.L.C. v. Comair Holdings, Inc.*, 53 Fed.Appx. 731 (6th Cir. 2002); *Wise v. Wachovia Securities, LLC*, 450 F.3d 265 (7th Cir. 2006); *GMAC Commer. Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827 (8th Cir. 2004); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11th Cir. 2004). We [the Fifth Circuit] now join the other circuits in this holding.

*See Grey Wolf Drilling Co.,* 542 F.3d at 1079-1080. For any members of the LLC that are natural persons, their citizenship "is determined by [their] domicile." *See MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 313 (5th Cir. 2019).

### B. Exhibits/Evidence in Support of Defendant's Iowa Citizenship

3.       Defendants attach (and incorporate fully herein) the following exhibits:

**Exhibit 1:** A true and correct copy of the Business Entity Summary for Dave Kuker Trucking, LLC. This document was taken/printed from the Iowa Secretary of State website by Mr. Bryan Nichols, attorney of record for Defendants. *See generally Exhibit 1.*

**Exhibit 2:** A true and correct copy of the Articles of Organization of Dave Kuker Trucking, LLC. This document shows that the Organizer of Dave Kuker Trucking, LLC is "David J. Kuker." This document was taken/printed from the Iowa Secretary of State website by Mr. Bryan Nichols, attorney of record for Defendants. *See generally Exhibit 2.*

**Exhibit 3:** A true and correct copy of the Fictitious Name Resolution [read: Trade Name Resolution] for Dave Kuker Trucking, LLC. This document shows that Dave Kuker Trucking, LLC also adopts the trade name "D&K Repair." This document clearly shows that David J. Kuker–the LLC member–moved to enact the trade name. This document was taken/printed from the Iowa Secretary of State website by Mr. Bryan Nichols, attorney of record for Defendants. *See generally Exhibit 3*.

**Exhibit 4:** Affidavit of David J. Kuker, which explains that Dave Kuker Trucking is a single-member LLC, and that Mr. Kuker is domiciled in the State of Iowa. *See generally Exhibit 4*.

**Exhibit 5:** Affidavit of Bryan Nichols. *See generally Exhibit 5*.

### *C. Dave Kuker Trucking, LLC is a Citizen of the State of Iowa*

4. Dave Kuker Trucking, LLC is a <u>single-member LLC</u>. *See Exhibit 4*. The one member of the LLC is David J. Kuker. *See Exhibit 4*. David J. Kuker's current physical address is 15600 Furman Rd., Spirit Lake, Iowa 51360. *See Exhibit 4*. Given that Dave Kuker Trucking, LLC is a single-member LLC, and given that its sole member is a natural person, the citizenship of the LLC is determined by Mr. Kuker's domicile, which is in Iowa. *See Exhibit 1, 2, 3, 4*.

5. Given the foregoing, Dave Kuker Trucking, LLC is a citizen of the State of Iowa. *See Exhibit 1, 2, 3, 4*. In light of the Court's other findings in Doc. No. 2, there is complete diversity of the Parties and removal was proper.

### PRAYER

Defendants, LONNIE ROBERT MCCONNELL & DAVE KUKER TRUCKING LLC, pray that this honorable Court acknowledge/rule that Dave Kuker Trucking, LLC is, in fact, a citizen of Iowa, thereby making Defendants' removal to federal court proper.

Respectfully submitted,

        HODGE JAMES JILPAS & NICHOLS
        Attorneys at Law
        P.O. Box 534329 (78553)
        1617 E. Tyler Ave., Suite A
        Harlingen, Texas 78550
        Telephone: (956) 425-7400
        Facsimile: (956) 425-7707

        */s/ Bryan D. Nichols*
        Anthony B. James
        State Bar No. 10537300
        Federal I.D. No. 3785
        Email: ajames@hodgejames.com
        Bryan D. Nichols
        State Bar No. 24041592
        Federal I.D. No. 1047995
        Email: bnichols@hodgejames.com

        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on the 9th day of August, 2023, to all attorneys of record as follows:

Email: alr@gflawoffices.com
Email: gaf@gflawoffices.com
Alyssa L. Romero
George K. Farah
Farah Law Group, PLLC
1211 Hyde Park Blvd.
Houston, Texas 77006

    ***Attorneys for Plaintiff***

        */s/ Bryan D. Nichols*
        Bryan D. Nichols