(2022-121)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER AARON THORNTON | § | |
| | § | CIVIL ACTION NO. 5:23-cv-00074 |
| | § | |
| VS. | § | |
| | § | |
| LONNIE ROBERT MCCONNELL AND | § | JURY DEMANDED |
| DAVE KUKER TRUCKING LLC | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, CHRISTOPHER AARON THORNTON, and Defendants, LONNIE ROBERT MCCONNELL & DAVE KUKER TRUCKING LLC, hereby file this Notice of Settlement. The Parties would respectfully show the Court as follows:

The Parties mediated the above-referenced case on August 8, 2024, and said mediation resulted in a settlement of the case. The Parties are in the process of exchanging settlement-related information and releases. The Parties respectfully ask that they be allowed approximately thirty (30) days to finalize/exchange/execute said documents.

Respectfully submitted,

Farah Law Group, PLLC

*/s/ George K. Farah\*     \*with permission*
George K. Farah
State Bar No. 24040882
Federal ID No. 38353
Farah Law Group, PLLC
1211 Hyde Park Blvd.
Houston, Texas 77006
Office: (713) 529-6606
Fax: (713) 529-6605

Email: gkf@gflawoffices.com

*Counsel for Plaintiff*

–AND–

HODGE, JAMES, JILPAS & NICHOLS

 */s/ Bryan D. Nichols*
Anthony B. James
State Bar No. 10537300
Federal I.D. No. 3785
Email: ajames@hodgejames.com
Bryan D. Nichols
State Bar No. 24041592
Federal I.D. No. 1047995
Email: bnichols@hodgejames.com
Hodge James Jilpas & Nichols
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler Ave., Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on the 8th day of August, 2024, to all attorneys of record via ECF as follows:

Email: gkf@gflawoffices.com
George K. Farah
Farah Law Group, PLLC
1211 Hyde Park Blvd.
Houston, Texas 77006

*Attorneys for Plaintiff*

 */s/ Bryan D. Nichols*
Bryan D. Nichols