United States District Court
Southern District of Texas

**ENTERED**

September 24, 2024

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

CHRISTOPHER AARON THORNTON, §
§
    **Plaintiff,** §
§
v. §    **CIVIL ACTION NO. 5:23-CV-74**
§
LONNIE ROBERT MCCONNELL, §
§
    **Defendants.** §

### ORDER

Before the Court is the parties' Joint & Agreed Stipulation of Dismissal. (Dkt. No. 23).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulation states that Plaintiff dismisses his claims with prejudice against Defendants. (Dkt. No. 23 at 4).

Because the stipulation is signed by counsel for all parties in this case, all of Plaintiff's claims were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal, (Dkt. No. 23). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A)...become effective immediately without further court order.").

The Clerk of Court is hereby **DIRECTED** to terminate this case.

It is so **ORDERED**.

**SIGNED** on September 24, 2024.

_____

John A. Kazen
United States District Judge